BENJAMIN A. WAGNER
United States Attorney
MICHELLE A. PRINCE
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2789

**FILED**

MAY 8 2012

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | 2:12-CR-0131 JAM |
| ) | |
| Plaintiff, ) | ORDER DISMISSING |
| ) | INDICTMENT |
| v. ) | |
| ) | |
| CHONE PHETPHADOUNG, ) | |
| ) | |
| Defendant. ) | |

It is ordered that the above-captioned Indictment be and is hereby dismissed without prejudice against CHONE PHETPHADOUNG.

DATED: 5-8-2012

_____
JOHN A. MENDEZ
United States District Judge