```
1  DANIEL J. BRODERICK, #89424
   Federal Defender
2  MATTHEW M. SCOBLE, CA Bar #237432
   Assistant Federal Defender
3  Designated Counsel for Service
   801 I Street, 3rd Floor
4  Sacramento, California 95814
   Telephone: (916) 498-5700
```

FILED

MAY 8 2012

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
       DEPUTY CLERK

*Copies given to USM in Court.*

Attorney for Defendant
CHONE PHETPHADOUNG

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR-S-12-131 JAM |
| Plaintiff, | |
| v. | [~~PROPOSED~~] ORDER FOR IMMEDIATE RELEASE |
| CHONE PHETPHADOUNG, | |
| Defendant. | Date: May 8, 2012<br>Time: 9:30 a.m.<br>Judge: Hon. John A. Mendez |

On May 8, 2012, this Court granted the government's Motion to Dismiss the Indictment. Therefore, Mr. Phetphadoung should be released.

Good cause appearing therefor,

IT IS ORDERED that Mr. Phetphadoung be released from Federal custody in the above-captioned case immediately.

Dated: 5-8-12

/s/ John A. Mendez
JOHN A. MENDEZ
United States District Judge